JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
March 4, 2021   (jo)
Michelle Rynne, Clerk of Court

MARK A. INCIONG     CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>PATRICK CACAYORIN,     (01)<br>BRADLEY PEARL,            (02)<br>JEROME AQUIAT,           (03)<br><br>   Defendants. | CR. NO.  21-00024 JMS<br><br>NOTICE OF RELATED CASE |

NOTICE OF RELATED CASE

    Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves

the same transaction(s) and subject matter as the following previous proceedings:

<u>United States v. Aaron Osalvo, et al.</u>, Cr. No. 16-00325 DKW.

DATED: March 4, 2021 at Honolulu, Hawaii.

Respectfully submitted,

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By  /s/ *Mark A. Inciong*
    MARK A. INCIONG
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA